**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

STEVEN WAYNE BONILLA,                    No. 2:18-CV-0272-CMK-P

      Petitioner,

   vs.                                                   ORDER

AMADOR COUNTY, et al.,

      Respondents.

_____/

Plaintiff, a prisoner proceeding pro se, brings this habeas corpus action pursuant to 28 U.S.C. § 2254.[1]

The petition appears to challenge a conviction and/or sentence issued by the Alameda County Superior Court. Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). Because any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County, which is within the boundaries of the

---

[1] The action was incorrectly docketed as a prisoner civil rights action pursuant to 42 U.S.C. § 1983.

1

United States District Court for the Northern District of California, this matter should be transferred to that court. See id. at 499 n.15.

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: May 24, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2